# DENIED
## BY ORDER OF THE COURT

*Violates paragraph 7 of Court's Standing Order*

3/11/19

*[signature: John F. Walter]*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSUELO HAGGAR,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>Defendant. | Case No. 2:18-cv-06171-JFW-JEMx<br>*Assigned to District Court Judge John F. Walter*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DEADLINE FOR MEDIATION COMPLETION DATE AND JOINT STATUS REPORT DATE**<br><br>**Current Mediation Completion Date: March 4, 2019**<br><br>**Proposed Mediation Completion Date: May 10, 2019** |

1  Upon consideration of Plaintiff Consuelo Haggar ("Plaintiff") and Defendant
2  Capital One Bank (USA), N.A's ("Capital One") (collectively the "Parties")
3  stipulation and good cause appearing, the Court orders that the Mediation Completion
4  Date set for March 3, 2019 is continued to May 10, 2019, and the Joint Status Report
5  deadline set for March 8, 2019 is continued to May 14, 2019.

**IT IS SO ORDERED.**

**DENIED**

Dated: _____     _____
                            Hon. John F. Walter
                            UNITED STATES DISTRICT JUDGE