**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
CONNIE Y. TCHENG (SBN 228171)
ctcheng@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel:  310.557.9100
Fax: 310.557.9101

Attorneys for Defendants,
CAPITAL ONE BANK (USA), N.A.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUELO HAGGAR, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL ONE BANK (USA), N.A., <br><br> Defendant. | Case No. 2:18-cv-06171-JFW-JEMx <br> *Assigned to District Court Judge John F. Walter* <br><br> **REVISED STIPULATION TO CONTINUE DEADLINE FOR MEDIATION COMPLETION DATE AND JOINT STATUS REPORT DATE** <br><br> **Current Mediation Completion Date: March 4, 2019** <br><br> **Proposed Mediation Completion Date: May 10, 2019** |

**TO THE HONORABLE JUDGE:**

Pursuant to paragraph 7 of this Court's Standing Order (EFF No. 8), Plaintiff Consuelo Haggar ("Plaintiff") and Defendant Capital One Bank (USA), N.A ("Capital One") through respective counsel, hereby stipulate as follows:

WHEREAS, a Mediation Completion Date was set for March 4, 2019 and a Joint Report regarding the Mediation was due on March 8, 2019.

WHEREAS, all other dates set by the Court in this case include the following:

- April 6, 2019:  Deadline to designate and provide reports of affirmative experts;
- April 27, 2019:  Deadline to designate and provide reports of rebuttal experts;
- June 1, 2019:  Discovery cut off;
- June 17, 2019:  Last day for hearing motions;
- July 1, 2019:  Deadline to submit pre-trial conference order and to file motions in limine, memorandum of contentions of fact and law, pre-trial exhibit stipulations, summary of witness testimony and time estimates, status report re: settlement, agreed-upon jury instructions and verdict forms, and joint statement re: disputed instructions, verdicts, etc.
- July 12, 2019:  Pre-trial conference;
- July 19, 2019:  Hearing on motions in limine and disputed jury instructions; and
- July 23, 2019:  Trial (estimated length of 2 days).

WHEREAS, the parties propose a new Mediation Completion Date of May 10, 2019, and a new Joint Report regarding the Mediation deadline for May 14, 2019.

WHEREAS, good cause exists for granting the requested extension of the Mediation Completion Date and related Joint Report deadline.  Capital One has been, and remains, in the process of transitioning its national counsel for its Telephone

Consumer Protection Act ("TCPA") litigation across the country, including this lawsuit. Despite the change in counsel, the parties have been actively engaged in good faith settlement negotiations and believe that they will reach a resolution soon, without incurring the expense of private mediation.

WHEREAS, the parties have conferred and agree to continue their ongoing settlement negotiations and, in the meantime, schedule a private mediation to occur on or before May 10, 2019 (*i.e.*, before the close of discovery on Monday, June 3, 2019).

WHEREAS, this is the revised request for the first extension of the Mediation Complete Date and related Joint Report deadlines. The Court denied the parties' previous request for failure to comply with paragraph 7 of this Court's Standing Order.

WHEREFORE, the parties hereby stipulate that the Mediation Completion Date shall be continued to May 10, 2019, and the date to file the Joint Report regarding the Mediation shall be continued to May 14, 2019.

DATED:  March 12, 2019            **DOLL AMIR & ELEY LLP**

                                   By:  */s/ Connie Y. Tcheng*
                                        CONNIE Y. TCHENG
                                   Attorney for Defendant
                                   CAPITAL ONE BANK (USA), N.A.

DATED:  March 12, 2019            **LAW OFFICES OF JEFFREY LOHMAN, P.C.**

                                   By:  */s/ Jeremy Branch*
                                        Jeremy Branch
                                   Attorney for Plaintiff
                                   CONSUELO HAGGAR

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to Jeremy Branch, counsel for Plaintiff, and that I have obtained Mr. Branch's authorization to affix his electronic signature to this document.

DATED: March 12, 2019          **DOLL AMIR & ELEY LLP**

By: */s/ Connie Y. Tcheng*
    CONNIE Y. TCHENG
Attorney for Defendant
CAPITAL ONE BANK (USA), N.A.

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **1888 Century Park East, Suite 1850, Los Angeles, California 90067**.

On March 12, 2019, I served the foregoing document described as **REVISED STIPULATION TO CONTINUE DEADLINE FOR MEDIATION COMPLETION DATE AND JOINT STATUS REPORT DATE** on the interested parties in this action by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1888 Century Park East, Suite 1850, Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT DELIVERY:** I caused such documents to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressees. The envelope or package was deposited with delivery fees thereon fully prepaid.

☐ **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) via electronic mail, and no error was reported. Said email was directed as indicated on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ **BY CM/ECF:** I electronically transmitted a true copy of said document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the aforementioned CM/ECF registrants.

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 12, 2019, at Los Angeles, California.

*/s/ G. Fenster*
Genevieve Fenster

## SERVICE LIST

Alyson J. Dykes, Esq.  
The Law Offices of Jeffrey Lohman, P.C.  
4740 Green River Road, Suite 219  
Corona, CA 92880

T: (866) 329-4217, Ext. 1007  
F: (657) 246-1312  
AlysonD@jlohman.com

*Attorneys for Plaintiff, Consuelo Haggar*